In the Matter of MATTHEW R. SMITH, Appellant, v WILLIAM J. CONDON, a Justice of the Supreme Court, Suffolk County, et al., Respondents.

Submitted August 1, 2016; decided September 20, 2016

958

On the Court's own motion, appeal, insofar as taken from the May 27, 2016 Appellate Division order, dismissed, without costs, upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; appeal, insofar as taken from the October 28, 2015 Appellate Division order, dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.